# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case No.: SA:18-CR-00876(1)-DAE |
| | § | |
| (1) Jose Morales | § | |
| *Defendant* | | |

## ORDER SETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **REARRAIGNMENT AND PLEA, in the Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on Thursday, January 09, 2020 at 2:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office and the U.S. Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he shall be present.

Counsel for Defendant is directed to appear at the hearing with a copy of the plea agreement documents(s), if any, as well as the operative charging document so that these documents are readily available for the defendant to read, review, and consult during the hearing.

IT IS SO ORDERED on this 6th day of January, 2020.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE